# ALABAMA COURT OF CRIMINAL APPEALS



January 26, 2024

**CR-2023-0402**
Dacareus Kewon Mall Andrews v State of Alabama (Appeal from Baldwin Circuit Court: CC-21-396.70)

## <u>NOTICE</u>

You are hereby notified that on January 26, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk